**Order entered November 27, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00444-CR

**BRANDON GORDY, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00751-T**

## ORDER

Before the Court is appellant's November 26, 2019 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **December 23, 2019**. If appellant's brief is not filed by December 23, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    BILL PEDERSEN, III
       JUSTICE